FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

02 OCT 17 PM 5: 11

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA :
:
:
v. : Case No. - 8:02 cr-415-T-24TBM
:
:
SAMUEL VALIANT SHANNAHAN, III :

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
[26 U.S.C. § 5861(e)]

Between April 25, 2000 and August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN, III

the defendant herein, knowingly transferred a firearm, namely an UZI, 9mm submachine gun, serial number 112307, which was registered to the defendant, and not the transferee, in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5845.

In violation of Title 26, United States Code 5861(e); 5841 and 5871.

### COUNT TWO
[26 U.S.C. § 5861(e)

Between May 2, 2002 and August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN, III

the defendant herein, knowingly transferred a firearm, namely a Gemtech 5.7mm Silencer, model SP-90, serial number S00-5833, which was registered to the defen-

1



//

dant, and not the transferee, in the National Firearms Registration and Transfer Record as required by Title 26, United States Code 5845.

In violation of Title 26, United States Code 5861(e); 5841 and 5871.

## COUNT THREE
[26 U.S.C. § 5861(e)

Between   August 30, 1995 and August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN,

defendant herein, knowingly transferred a firearm, namely a  Special Ops Shop .22caliber suppressor, model Falcon, serial number S219-94089, which was registered to the defendant, and not the transferee, in the National Firearms Registration and Transfer Record as required by Title 26, United States Code 5845.

In violation of Title  26, United States Code 5861(e); 5841 and 5871.

## COUNT FOUR
[26 U.S.C. § 5861(e)]

Between March 17, 1999 and August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN,

defendant herein, knowingly transferred a firearm,  namely a  Crossfire,  .22LR caliber machine gun sear, model CR-22, serial number 89802, which was registered to the defendant, and not the transferee, in the National Firearms Registration and Transfer Record as required by Title 26, United States Code 5845.

In violation of Title  26, United States Code 5861(e); 5841 and 5871.

## COUNT FIVE
[26 U.S.C. § 5861(e)

Between July 16, 1998 and August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN,

defendant herein, knowingly transferred a firearm, namely a JRW Sports 9mm machine gun sear, model Glock, serial number SvS2, which was registered to the defendant, and not the transferee, in the National Firearms Registration and Transfer Record as required by Title 26, United States Code 5845.

In violation of Title 26, United States Code 5861(e) ;5841 and 5871.

## COUNT SIX
[26 U.S.C. § 5861(e)

Between January 30, 1998 and August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN,

defendant herein, knowingly transferred a firearm, namely a JRW Sports 9mm machine gun sear, model 18, serial number SVS1, which was registered to the defendant, and not the transferee, in the National Firearms Registration and Transfer Record as required by Title 26, United States Code 5845.

In violation of Title 26, United States Code 5861; 5841 and 5861.

## COUNT SEVEN
## [18 U.S.C. § 1001]

On or about August 23, 2002, in the Middle District of Florida,

SAMUEL VALIANT SHANNAHAN,

the defendant herein, in a matter within the jurisdiction of the Executive Branch of the government of the United States, that is, the Bureau of Alcohol, Tobacco and Firearms, did knowingly and willfully make materially false, fictitious and fraudulent statements and representations, that is, the defendant represented to agents of the Bureau of Alcohol, Tobacco and Firearms, that he had destroyed a firearm, namely a Zastava, Model M61J, 7.65 mm machine gun, serial number 059, required to be registered in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5845, whereas in truth and in fact, as the defendant well knew, he had transferred the firearm to another individual.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL

_____
FOREPERSON

PAUL I. PEREZ
United States Attorney

By: _____
COLLEEN D. MURPHY
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes Section

4